In the Matter of the CARE AND TREATMENT OF Sylvester FLETCHER, a/k/a Sylvester L. Fletcher, a/k/a Syl Fletcher, a/k/a Slyvester L. Fletcher, a/k/a Sil Fletcher, Appellant,

v.

**STATE of Missouri, Respondent.**

**No. WD 65970.**

Missouri Court of Appeals, Western District.

May 9, 2007.

Susan L. Hogan, Appellate Defender, Kansas City, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Alana M. Barragan–Scott, Deputy Chief Counsel for Special Litigation, Jefferson City, MO, for Respondent.

Before HOWARD, C.J., and ULRICH and NEWTON, JJ.

### Order

PER CURIAM.

Acting under authority provided by Missouri's Sexually Violent Predator law, the Jackson County Probate Court civilly committed Sylvester Fletcher. He now appeals that judgment. We stayed the appeal pending the handdown of several opinions by the Missouri Supreme Court. Those opinions, *In the Matter of the Care and Treatment of Mark Murrell,* 215 S.W.3d 96 (Mo. banc 2007) and *In the Matter of the Care and Treatment of Stephen Elliott,* 215 S.W.3d 88 (Mo. banc 2007), guide the current decision.

Affirmed. Rule 84.16(b).